In the Matter of the Claim of MOLLIE SALAMON, Respondent, against CONTINENTAL BLADE CORP. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ERNEST FALK, Respondent, against MIDLAND DAIRY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the appellants. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

NATHAN SEIDENBERG, Respondent, v. MEYER A. JENEROFF, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Rensselaer county, for $4,149.51 damages and costs, entered upon a verdict of a jury in an action for negligence; also appeal from an order denying defendant's motion for a new trial. Plaintiff was injured by a fall caused by the giving way of a defective railing of a porch in the rear of the second story of a building owned by the defendant, the second and third stories of which were occupied by plaintiff as tenant. The jury could have found that the porch was reserved for the common use of tenants of the building for the purpose of hanging out clothes on a clothesline attached to said porch and that it was thus used in common. Judgment and order affirmed, with costs. Rhodes, Crapser and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent on the authority of Kilmer v. White (254 N. Y. 64).